## JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY WALTERS, INDIVIDUALLY, AND ON BEHALF OF THE MEMBERS OF THE GENERAL PUBLIC,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC, AN OHIO CORPORATION REGISTERED TO DO BUSINESS IN THE STATE OF CALIFORNIA, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>            Defendant. | Case No. EDCV 10-00556 VAP(PJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: January 14, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge